| | |
|---|---|
| 1 | THE HAKALA LAW GROUP, P.C. |
| | Brad A. Hakala, CA Bar No. 236709 |
| 2 | James L. Moultrie III, CA Bar No. 296805 |
| | Jeffrey B. Compangano, CA Bar No. 214580 |
| 3 | 6700 E. Pacific Coast Highway, Suite 290 |
| | Long Beach, California 90803 |
| 4 | Telephone: 562.493.9417 |
| | Facsimile: 562.786.8606 |
| 5 | Email: bhakala@hakala-law.com |
| 6 | Attorneys for Petitioner |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| DEVON TORREY-LOVE; S.L.; COURTNEY BARROW; A.B.; MARGARET SARGENT; M.S.; W.S.; and A VOICE FOR CHOICE, INC. on behalf of its members,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, DEPARTMENT OF EDUCATION; STATE OF CALIFORNIA, BOARD OF EDUCATION; TOM TORLAKSON, in his official capacity as Superintendent of the Department of Education; STATE OF CALIFORNIA, DEPARTMENT OF PUBLIC HEALTH; DR. KAREN SMITH, in her official capacity as Director of the Department of Public Health; EDMUND G. BROWN JR., in his official capacity as Governor of California; KAMALA HARRIS, in her official capacity as Attorney General of California,<br><br>Defendants. | Case No.: 5:16-cv-2410<br><br>**PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM FOR PLAINTIFF S.L.** |

1

PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM

Petitioner S.L. states as follows:

1. I am a minor who is specifically five years old.

2. I am about to commence an action in this court against Defendants STATE OF CALIFORNIA, DEPARTMENT OF EDUCATION; STATE OF CALIFORNIA, BOARD OF EDUCATION; TOM TORLAKSON, in his official capacity as Superintendent of the Department of Education; STATE OF CALIFORNIA, DEPARTMENT OF PUBLIC HEALTH; DR. KAREN SMITH, in her official capacity as Director of the Department of Public Health; EDMUND G. BROWN JR., in his official capacity as Governor of California; KAMALA HARRIS, in her official capacity as Attorney General of California, for Defendants' ongoing infringement of my state and federal constitutional rights.

3. I have no general guardian, and no previous petition for appointment of a guardian ad litem has been filed in this matter.

4. DEVON TORREY-LOVE, who resides in Humboldt County, California, is a competent and responsible person, and fully competent to act as my guardian ad litem. DEVON TORREY-LOVE is my mother.

5. Said DEVON TORREY-LOVE is willing to act as guardian ad litem for me, as appears by her consent below.

WHEREFORE, petitioner moves this court for an order appointing DEVON TORREY-LOVE as guardian ad litem of petitioner for the purpose of bringing action against Defendants STATE OF CALIFORNIA, DEPARTMENT OF EDUCATION; STATE OF CALIFORNIA, BOARD OF EDUCATION; TOM

TORLAKSON, in his official capacity as Superintendent of the Department of Education; STATE OF CALIFORNIA, DEPARTMENT OF PUBLIC HEALTH; DR. KAREN SMITH, in her official capacity as Director of the Department of Public Health; EDMUND G. BROWN JR., in his official capacity as Governor of California; KAMALA HARRIS, in her official capacity as Attorney General of California, on the claim hereinabove stated.

DATED: November 22, 2016

THE HAKALA LAW GROUP, P.C.

By: _____
Brad A. Hakala

Attorneys for Petitioner

## CONSENT OF NOMINEE

I, DEVON TORREY-LOVE, the nominee of the petitioner, consent to act as guardian ad litem for the minor petitioner in the above action.

DATED: November 22, 2016

_____
Devon Torrey-Love

# ORDER

The petition for an order appointing DEVON TORREY-LOVE as guardian ad litem for petitioner is GRANTED.

DATED: November 22, 2016

_____
UNITED STATES DISTRICT JUDGE