KAMALA D. HARRIS
Attorney General of California
RICHARD T. WALDOW
Supervising Deputy Attorney General
JONATHAN E. RICH (SBN 187386)
JACQUELYN Y. YOUNG (SBN 306094)
Deputy Attorneys General
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013
  Telephone:  (213) 897-2439
  Fax:  (213) 897-2805
  E-mail:  Jonathan.Rich@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **DEVON TORREY-LOVE; S.L.; COURTNEY BARROW; A.B.; MARGARET SARGENT; M.S.; W.S.; and A VOICE FOR CHOICE, INC. on behalf of its members,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**STATE OF CALIFORNIA, DEPARTMENT OF EDUCATION; STATE OF CALIFORNIA, BOARD OF EDUCATION; TOM TORLAKSON, in his official capacity as Superintendent of the Department of Education; STATE OF CALIFORNIA, DEPARTMENT OF PUBLIC HEALTH; DR. KAREN SMITH, in her official capacity as Director of the Department of Public Health; EDMUND G. BROWN JR., in his official capacity as Governor of California; KAMALA HARRIS, in her official capacity as Attorney General of California,**<br><br>Defendants. | 5:16-cv-2410 DMG (DTBx)<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>**[Fed. R. Civ. P. 12(b)(1), (6)]**<br><br>**[Filed Concurrently with Defendants' Memorandum of Points and Authorities; Request for Judicial Notice; and Proposed Order]**<br><br>Date:          January 13, 2017<br>Time:          9:30 a.m.<br>Courtroom:  8C, 8th Floor<br>Judge:         The Honorable Dolly M. Gee<br>Trial Date:   None Set<br>Action Filed: November 21, 2016 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on January 13, 2017, at 9:30 a.m., or as soon thereafter as the matter may be heard in Courtroom 8C of the above-entitled Court, located at 350 West 1st Street, Los Angeles, California 90012, Defendants California Department of Education; California State Board of Education; Tom Torlakson, in his official capacity as the Superintendent of Public Instruction for the State of California; California Department of Public Health; Karen Smith, in her official capacity as Director of the California Department of Public Health; Edmund G. Brown Jr., in his official capacity as the Governor of the State of California; and Kamala Harris, in her official capacity as the Attorney General of California (collectively Defendants),will move this Court for an order dismissing Plaintiffs' Complaint without leave to amend, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

This motion is made on the following grounds:

1.      Plaintiffs' First Cause of Action, alleging that the elimination of the personal belief exemption in California Senate Bill No. 277 (SB 277) violates Plaintiffs' due process rights under the federal and state constitutions, fails to state a plausible claim on which relief may be granted because Plaintiffs fail to plausibly assert, and cannot amend to plausibly assert, that SB 277 is not rationally related to a legitimate state interest and/or narrowly tailored to serve a compelling state interest.

2.      Plaintiffs' Second Cause of Action, alleging a violation of the Equal Protection Clause of the Fourteenth Amendment, fails to state a plausible claim on which relief may be granted because Plaintiffs have failed to allege, and cannot amend to plausibly allege, that SB 277 is not rationally related to a legitimate state interest and/or narrowly tailored to serve a compelling state interest.

3.      Plaintiffs' Third Cause of Action, alleging a violation of 42 U.S.C. § 1983 fails to state a plausible claim on which relief may be granted because

Plaintiffs have failed to allege, and cannot amend to plausibly allege, a violation of any rights protected under the Fourteenth Amendment.

4.      To the extent that Plaintiffs claim that SB 277 violates their right to a public education under the California Constitution, Article IX, section 5, Plaintiffs fail to state a plausible claim on which relief may be granted because Plaintiffs have failed to allege, and cannot amend to plausibly allege, that SB 277 is not rationally related to a legitimate state interest and/or narrowly tailored to serve a compelling state interest.

5.  The Court lacks subject matter jurisdiction of the federal and any state law claims asserted against Defendants California Department of Education, the California State Board of Education, the California Department of Public Health, Governor Brown and Attorney General Harris, on the grounds that Plaintiffs' claims against these agencies and officials of the State of California are barred under the Eleventh Amendment and the doctrine of sovereign immunity.

6.  To the extent that Plaintiffs assert state law claims against Defendants Tom Torlakson, Karen Smith, Edmund G. Brown Jr., and Kamala Harris in their official capacities, the Court lacks subject matter jurisdiction and the Complaint fails to state claims upon which relief can be granted, because Plaintiffs' claims against these state officials are barred by the Eleventh Amendment to the U.S. Constitution and the doctrine of sovereign immunity.

7.  The Complaint as a whole fails to state a claim upon which relief can be granted because the Complaint alleges no cognizable legal theory.

8.  Plaintiff A Voice for Choice lacks standing to bring its claims.

This motion is made after the meet-and-confer between counsel for State Defendants and Plaintiffs, required under Local Rule 7-3, which occurred on December 9 and 13, 2016.

This motion is based on this Notice of Motion and Motion, the concurrently-filed Memorandum of Points and Authorities and Request for Judicial Notice, the

1  pleadings and papers on file herein and upon such argument as may be presented to

2  the Court at the time of the hearing.

3

4  Dated:  December 15, 2016                           Respectfully submitted,

5                                                      KAMALA D. HARRIS
                                                       Attorney General of California
6                                                      RICHARD T. WALDOW
                                                       Supervising Deputy Attorney General
7                                                      JACQUELYN Y. YOUNG
                                                       Deputy Attorney General

8

9                                                      /s/ Jonathan E. Rich
                                                       JONATHAN E. RICH
10                                                     Deputy Attorney General

11                                                     Attorneys for Defendants

12  LA2016602791
    12524229.doc
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28