THE HAKALA LAW GROUP, P.C.
Brad A. Hakala, CA Bar No. 236709
Jeffrey B. Compangano, CA Bar No. 214580
6700 E. Pacific Coast Highway, Suite 290, Long Beach, CA 90803
Attorneys For Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Devon Torrey-Love; S.L.; Courtney Barrow; A.B.; Margaret Sargent; M.S.; W.S.; et. al.<br><br>Plaintiff(s),<br>v.<br>Dept. of Education; Board of Education; Dept. of Education, Tom Torlakson, Supt.; Dept. Public Health; et. al.<br><br>Defendant(s). | CASE NUMBER<br><br>5:16-cv-2410-DMG-DTB<br><br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____
_____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).


2/01/2017                                                    /s/ Brad A. Hakala
       *Date*                                          *Signature of Attorney/Party*


NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

# CERTIFICATE OF SERVICE

RE: <u>Torrey-Love v. State of California, Department of Education, et al.</u>
(Case No. 5:16-cv-2410-DMG-DTB)

I, Amber L. DeKruyf, declare:

I am employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 6700 E. Pacific Coast Highway, Suite 290, Long Beach, California 90803. On February 1, 2017, I electronically filed the following document(s) with the Clerk of the Court by using the CM/ECF system:

**PLAINTIFFS' NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) OR (c)**

I certify that **all** of the participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on February 1, 2017, at Long Beach, California.

| Amber L. DeKruyf | /s/ Amber L. DeKruyf |
|---|---|
| Declarant | Signature |